# EXHIBIT 2

Case 3:18-cv-01684-VLB   Document 42-3   Filed 06/09/20   Page 1 of 2

Case 3:18-cv-01684-VLB Document 42-1 Filed 03/17/2018 Page 2 of 2 42
Case 3:18-cv-01684-VLB Document 50-3 Filed 06/08/20 Page 2 of 2

1.



# First Student

DATE: November 17, 2017

TO: Torrey Townsend
39 Orchard Pl.
New Haven, CT, 06511

FROM: Paul Demaio

SUBJECT: Letter of Termination of Employment

First Student/FGA considers our primary obligation to provide safe and reliable transportation to the students and communities we serve. It is of utmost importance for our employees to be dependable professionals, honoring the trust placed in our company.

On October 26, 2017, we met to discuss your actions on the morning of Wednesday October 25, 2017. The meeting was held as a result and part of First Student's investigation which arose as the result of a complaint that you were late on your assigned route. While investigating the complaint and reviewing the video footage, the following serious violation of First Student policy were discovered:

- Intentionally failing to perform a per trip inspection.
- Leaving a vehicle unattended with key in ignition or running.
- Not performing child check
- Unsafe backing and operation of the bus
- Unauthorized stop

You were placed on paid administrative leave on October 26, 2017, until the investigation was completed and you were informed that we would contact you and meet to discuss the result.

We have attempted to contact you on several occasions via the phone numbers we have on file with no success. You also have not contacted us to check the status of this situation.

We have completed the investigation, and effective November 17, 2017, your employment with First Student is terminated.

If you are a participant in any company benefit programs, you will receive a letter from the corporate office within the next two weeks, providing information concerning next steps.

SIGNED: _____
Paul A. DeMaio, Jr.
Senior Location Manager

Cc: Rgnl H R Mgr
Rgnl Ops Mgr
Union Representative (if applicable)

